UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

KENNY BEANE,

           Plaintiff,

    v.                                       Case No. 10-cv-748-JPG

HAROLD PIKE III,

           Defendant.

## JUDGMENT

      This matter having come before the Court, the issues having been heard, and the Court

having rendered a decision,

      IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without

prejudice.

**DATED: October 21, 2010**       **NANCY J. ROSENSTENGEL, Clerk of Court**

                                          **By:s/Deborah Agans, Deputy Clerk**

**Approved:**     s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**